# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LINH DANG, individually;<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY; DOES I-X, and ROE CORPORATIONS XI-XX,<br><br>　　　　　　Defendants. | Case No.:　　2:24-cv-00753<br><br>**ORDER GRANTING**<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

　　　IT IS HEREBY STIPULATED by and between Defendant, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY through counsel of record, M. CALEB MEYER, ESQ. and RENEE M. FINCH, ESQ. of MESSNER REEVES LLP, and Plaintiff LINH DANG, by and through counsel of record WILL C. MITCHELL, ESQ., and SCOTT L. ROGERS, ESQ. of MITCHELL ROGERS INJURY LAW, that all claims against STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, arising out of Case No. 2:24-cv-00753, be dismissed with prejudice in its entirety, with each of the parties to bear their own attorney's fees and costs.

///

///

IT IS FURTHER STIPULATED that no trial is currently scheduled.

DATED this 20th day of May, 2024

**MESSNER REEVES LLP**

*/s/ Renee M. Finch*
M. Caleb Meyer, Esq.
Nevada Bar No. 13379
Renee M. Finch, Esq.
Nevada Bar No. 13118
8945 W. Russell Road Suite 300
Las Vegas, Nevada 89148
*Attorneys for Defendant*

DATED this 20th day of May, 2024

**MITCHELL ROGERS INJURY LAW**

*/s/ Will C. Mitchell*
Will C. Mitchell, Esq.
Nevada Bar No. 14403
Scott L. Rogers, Esq.
Nevada Bar No. 13574
2020 W. Sunset Rd.
Henderson, NV 89014
*Attorneys for Plaintiff*

IT IS SO ORDERED.

_____
Anne R. Traum
United States District Court Judge

DATED: __May 22, 2024__